**Order entered January 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00868-CR**

**JUAN GABRIEL SOSA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1612055-L**

**ORDER**

We **DENY** appellant's request to remove the case from the submission docket. We **GRANT** appellant's request to file a supplemental brief addressing two issues. Appellant is ordered to file the supplemental brief, if any, on or before **JANUARY 23, 2021**. The State's responsive brief, if it deems one is necessary, shall be filed within **TEN DAYS** of the filing of appellant's supplemental brief.

/s/    DAVID J. SCHENCK
        PRESIDING JUSTICE